UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

                                           Case No. 6:15-bk-05714-KSJ

DAWNEY DHAMIJA                           Chapter 7
TOIYA L. DHAMIJA-POWELL,

        Debtors.
_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing **Order Granting Motion by SANTANDER CONSUMER USA INC. for Relief from Stay (Doc.No. 45)** has been served on this  15th  day April of March, 2016, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: Dawney Dhamija, 10244 Cove Lake Drive, Orlando FL 32836, Toiya L. Dhamija-Powell, 10244 Cove Lake Drive, Orlando FL 32836, Debtors, Mark P. Cressman, 13350 West Colonial Drive #350, Winter Garden, FL 34787, Attorney for Debtors, Emerson C. Noble, Post Office Box 622798, Oviedo, FL 32762-2798, Office of the U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801.

                                               RUSH, MARSHALL, JONES and KELLY, P.A.
                                               Attorneys for Creditor

SEND ALL NOTICES TO:                 By: /s/ Andrew W. Houchins
                                                    Andrew W. Houchins, for the firm
RUSH, MARSHALL, JONES and KELLY, P.A.   Florida Bar No. 59017
Attn:Andrew W. Houchins                  Telephone 407-425-5500
Post Office Box 3146                      Facsimile 407-423-0554
Orlando, FL 32802-3146                email: ahouchins@rushmarshall.com

5920.69295
Y8251 0212